QUIN DENVIR, Bar #49374
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
THOMAS JOHN SMITHSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS JOHN SMITHSON, | ) | NO. CIV S 01-01373 GEB DAD P |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | Judge: Hon. Dale A. Drozd |
| DERRAL ADAMS, Warden, and JEANNE WOODFORD, Director, California Department of Corrections, | ) | |
| Respondents. | ) | |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, Petitioner's June 21, 2005 request to extend the deadline for filing the reply to the opposition to the motion for evidentiary hearing is GRANTED. The reply may be filed on or before June 27, 2005.

DATED: June 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
smit1373.extreply