QUIN DENVIR, Bar #49374
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
THOMAS JOHN SMITHSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN SMITHSON,<br><br>    Petitioner,<br><br>    v.<br><br>DERRAL ADAMS, Warden, and<br>JEANNE WOODFORD, Director, California<br>Department of Corrections,<br><br>    Respondents. | NO. CIV S 01-01373 GEB DAD P<br><br>**ORDER**<br><br>Judge: Hon. Dale A. Drozd |

Pursuant to Petitioner's unopposed request filed August 9, 2005, and good cause appearing therefor, Petitioner is GRANTED leave to file a traverse to the amended answer and any needed supporting memorandum of points and authorities in support of this traverse. Petitioner's traverse to the amended answer and supporting memorandum shall be filed on or before September 23, 2005.

DATED: August 15, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/smit1373.travamans