1  QUIN DENVIR, Bar #49374
   Federal Defender
2  ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   THOMAS JOHN SMITHSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN SMITHSON,           ) | NO. CIV S 01-01373 GEB DAD P |
|                                 ) | |
| Petitioner,                     ) | **ORDER** |
|                                 ) | |
| v.                              ) | Judge: Hon. Dale A. Drozd |
|                                 ) | |
| DERRAL ADAMS, Warden, and       ) | |
| JEANNE WOODFORD, Director, California ) | |
| Department of Corrections,      ) | |
|                                 ) | |
| Respondents.                    ) | |

Pursuant to Petitioner's unopposed request and good cause appearing therefor, Petitioner's September 21, 2005 request for an extension of time to file his traverse and to continue the September 23, 2005 hearing on Respondents' discovery motion is GRANTED. Petitioner's traverse to the amended answer and any supporting memorandum shall be filed on or before January 13, 2006. The September 23, 2005 hearing on Respondents' motion for discovery is continued to January 13, 2006. IT IS SO ORDERED.

DATED: September 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/smit1373.cont