1  QUIN DENVIR, Bar #49374
   Federal Defender
2  ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   THOMAS JOHN SMITHSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THOMAS JOHN SMITHSON, | ) | NO. CIV S 01-01373 GEB DAD P |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **PETITIONER'S MOTION TO SUBSTITUTE COUNSEL; ORDER** |
| DERRAL ADAMS, Warden, and JEANNE WOODFORD, Director, California Department of Corrections, | ) | Judge: Hon. Dale A. Drozd |
| Respondents. | ) | |

THOMAS JOHN SMITHSON, hereby moves this Court for an order substituting ALLEN BLOOM, Esquire, 550 West C Street, Suite 1670, San Diego, California, 92101; telephone (619) 235-0508, facsimile (619) 235-8898, for the Office of the Federal Defender as petitioner's counsel in this matter.

Petitioner has retained Mr. Bloom to represent him in this pending matter. As demonstrated by the attached Substitution of Attorney form signed by both Mr. Bloom and Mr. Smithson, Mr. Bloom has agreed to accept this appointment.

////

////

////

1

Mr. Bloom is an experienced criminal defense attorney, with specific experience in federal habeas corpus cases.

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: October 7, 2005

/s/ Ann C. M$^c$Clintock
ANN C. M$^c$CLINTOCK
Assistant Federal Defender

Attorneys for Petitioner
THOMAS JOHN SMITHSON

********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Allen Bloom shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: October 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/smit1373.subatty

2