IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN SMITHSON,

    Petitioner,                    No. CIV S-01-1373 GEB DAD P

    vs.

DERRAL ADAMS, Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        This matter is on the court's January 13, 2006 law and motion calendar for hearing of respondents' August 11, 2005 motion to obtain discovery in preparation for evidentiary hearing. In addition, January 13, 2006, is the due date for petitioner's traverse to respondents' answer filed August 15, 2005. Before the court is petitioner's request for a second extension of time to file a traverse and for a second continuance of the hearing of respondents' fully briefed motion. The court will grant petitioner's unopposed request for extension of time and continuance but will require petitioner to file his traverse one week prior to the hearing of respondents' motion. The court does not anticipate granting a third continuance of the hearing.

        IT IS ORDERED that:

        1. Petitioner's January 10, 2006 request for extension of time to file traverse and to continue the hearing set for January 13, 2006, is granted in part;

1

2. Petitioner's traverse to respondents' August 15, 2005 amended answer, as well as any supporting memorandum, shall be filed and served on or before April 14, 2006; and

3. The hearing on respondents' August 11, 2005 motion to obtain discovery is continued from January 13, 2006, to April 21, 2006, at 10:00 a.m. in Courtroom #27; any party may appear telephonically; to arrange telephonic appearance, a party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing.

DATED: January 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
smit1373.cont2