IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN SMITHSON,

    Petitioner,   2:01-cv-1373-GEB-DAD-P

    vs.

DERRAL ADAMS, Warden, et al.,

    Respondents.   ORDER
_____/

    Petitioner, a state prisoner proceeding by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 31, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed January 31, 2007, are adopted in full;

2. Respondents' March 20, 2006 motion to dismiss (#90) is granted; and

3. The claims alleged as Grounds 1, 2, and 3 in petitioner's amended petition are dismissed and this action shall proceed on the claims alleged as Grounds 4, 5, 6, and 7.

Dated: March 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2