IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN SMITHSON,

    Petitioner,                      No. CIV S-01-1373 GEB DAD P

    vs.

DERRAL ADAMS, Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        On March 6, 2007, the assigned district judge adopted this court's findings and recommendations in full and granted respondents' March 20, 2006 motion to dismiss. Pursuant to that order, claims alleged as Grounds 1, 2, and 3 in petitioner's amended petition were dismissed. The district judge ordered that this habeas action proceed on Grounds 4, 5, 6, and 7.

        Parties must file any further motions or requests within thirty days from the date of service of this order. Absent the filing of any further motions, the court will consider this matter submitted for decision. Accordingly, IT IS HEREBY ORDERED that

        1. The parties shall file any further motions or requests within thirty days from the date of service of this order; and

/////

/////

1

1            2.  If the parties do not file any motions within thirty days, the court will consider this matter submitted for decision.

DATED: March 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smit1373.misc