1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    THOMAS JOHN SMITHSON,

11              Petitioner,                         2:01-cv-1373-GEB-DAD-P

12         vs.

13    DERRAL ADAMS, Warden, et al.,

14              Respondent.                   ORDER

15    _____/

16            Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17    this court's January 14, 2008 denial of his application for a writ of habeas corpus.  Before

18    petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19    Fed. R. App. P. 22(b).

20            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21    applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22    § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23    satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24            A certificate of appealability should be granted for any issue that petitioner can

25    demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26    /////

1    court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2    290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3              Petitioner has made a substantial showing of the denial of a constitutional right in

4    the following issues presented in the instant petition:  (1) whether petitioner was denied due

5    process of law when the trial court allowed the prosecution to introduce evidence that he had

6    suffered a prior conviction for burglary; (2) whether petitioner was denied the effective assistance

7    of trial counsel; and (3) whether petitioner was denied due process of law because the evidence

8    introduced at his trial was insufficient to support the attempted robbery and felony murder

9    convictions and the robbery special circumstance finding.

10             Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

11   issued in the present action.

12

13   Dated:  February 5, 2008

14

15   _____
     GARLAND E. BURRELL, JR.

16   United States District Judge

17

18

19

20

21

22

23

24

_____

25       [1]  Except for the requirement that appealable issues be specifically identified, the standard
     for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause.  <u>Jennings</u>, at 1010.