IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN SMITHSON,

    Petitioner,                    No. CIV S-01-1373 GEB DAD P

    vs.

DERRAL ADAMS, Warden, et al.,

    Respondents.                ORDER

_____/

        This petition for writ of habeas corpus was dismissed and judgment was entered on January 14, 2008. The Ninth Circuit Court of Appeals affirmed this court's denial of relief in a memorandum of decision issued on September 23, 2010. On November 8, 2010 the mandate of the Ninth Circuit was filed. On July 6, 2011, petitioner filed a document entitled "Motion to Vacate Dismissal of Habeas Petition." Because petitioner's July 6, 2011 motion was filed well after this case was closed, the motion will be disregarded and no responsive order will be issued in response thereto. Any further documents filed by petitioner will also be disregarded, and no orders will issue in response to future filings.

DATED: August 19, 2011.

DAD:8:smithson1373.158

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE